**Dismissed and Memorandum Opinion filed November 29, 2012.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00554-CV

### NARENDRA BAJANIYA, Appellant

### V.

### SOLOCHNA  BAJANIYA, Appellee

**On Appeal from the 280th District Court
Harris County, Texas
Trial Court Cause No. 2012-21705**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed May 16, 2012.  The clerk's record was filed August 1, 2012.  No reporter's record or brief was filed.

On September 25, 2012, this court issued an order stating that unless appellant submitted a brief on or before October 25, 2012, the court would dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 42.3(b).

Appellant filed no response.  Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Brown and Busby.